UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SWELL PICTURES, INC. | ) | CASE NO. 08 B 01431 |
| DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

    On: **May 14, 2009**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                          $  47,023.26

    Disbursements                     $       70.37

    Net Cash Available for Distribution  $ 46,952.89

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $ 5,452.33 | $   92.57 |
| Allan J. DeMars, attorney | $ None | $17,063.75 | |
| Steven Robert Verr special counsel | $ None | $ 4,000.00 | $ 497.34 |
| Lois West/Popowcer Katten Ltd., accts. | $ None | $ 2,007.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ NONE must be paid in full for there to be any dividend to general unsecured creditors.

7. Claims of general unsecured creditors totaling $140,354.72 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full. The is an anticipated dividend to general unsecured creditors in the amount of 12.71022%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Com Ed | $36,249.17 | $ 4,607.35 |
| 2 | McCarthy & Trinka, Inc. | 1,385.75 | 176.13 |
| 3 | JoAnn Milivojevic | 1,000.00 | 127.10 |
| 5 | Juneteenth Productions | 5,248.75 | 667.13 |
| 6 | Zacuto Films | 1,134.20 | 144.16 |
| 8 | Tape Company | 1,907.17 | 242.41 |
| 9 | Solas Staffing Solutions | 3,707.44 | 471.22 |
| 10 | Voss Transcriptions, Inc. | 399.55 | 50.78 |
| 11 | Bridget E. Rowley Sarno | 1,600.00 | 203.36 |
| 13 | Yorke Printe Shoppe, Inc. | 369.37 | 46.95 |
| 14 | Full Throttle Films, Inc. | 13,189.61 | 1,676.43 |
| 15 | Justin Mayer | 2,115.39 | 268.87 |
| 16 | First Run Communications | 1,450.00 | 184.30 |
| 17 | Tom Rowak, Jr. | 13,846.15 | 1,759.88 |
| 18 | Alan Thatcher, Ltd. | 700.00 | 88.97 |
| 19 | Iron Mountain Information Management | 2,115.62 | 268.90 |
| 20 | General Electric Capital Corp. | 13,846.90 | 1,759.98 |
| 21 | John Anderson | 16,450.00 | 2,090.83 |
| 22 | Protokulture, LLC | 12,485.70 | 1,586.96 |
| 23 | Andy Montag | 9,615.39 | 1,222.14 |
| 24 | Gregory J. Kerr | 1,538.56 | 195.55 |
| | | $140,354.72 | $17,839.40 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The following assest are sought to be abandoned: Claim vs. Joseph Finn Co.: $60,000.00; Claim vs. Benny Fitz: $57,664.00; claim vs. C. Lucero: $50,000.00. Each of the foregoing claims are either uncollectable or questionable as to liability.

Dated: **April 13, 2009**                                                                                   For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
Chicago, IL 60603
Phone No.: (312) 726-3377