UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SWELL PICTURES, INC. | ) | CASE NO. 08 B 01431 |
|         DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

    On: **May 14, 2009**                    Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                $ 47,023.26

    Disbursements                           $      70.37

    Net Cash Available for Distribution     $ 46,952.89

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $ 5,452.33 | $    92.57 |
| Allan J. DeMars, attorney | $ None | $17,063.75 | |
| Steven Robert Verr special counsel | $ None | $ 4,000.00 | $ 497.34 |
| Lois West/Popowcer Katten Ltd., accts. | $ None | $ 2,007.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ NONE must be paid in full for there to be any dividend to general unsecured creditors.

7. Claims of general unsecured creditors totaling $140,354.72 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full. The is an anticipated dividend to general unsecured creditors in the amount of 12.71022%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Com Ed | $36,249.17 | $ 4,607.35 |
| 2 | McCarthy & Trinka, Inc. | 1,385.75 | 176.13 |
| 3 | JoAnn Milivojevic | 1,000.00 | 127.10 |
| 5 | Juneteenth Productions | 5,248.75 | 667.13 |
| 6 | Zacuto Films | 1,134.20 | 144.16 |
| 8 | Tape Company | 1,907.17 | 242.41 |
| 9 | Solas Staffing Solutions | 3,707.44 | 471.22 |
| 10 | Voss Transcriptions, Inc. | 399.55 | 50.78 |
| 11 | Bridget E. Rowley Sarno | 1,600.00 | 203.36 |
| 13 | Yorke Printe Shoppe, Inc. | 369.37 | 46.95 |
| 14 | Full Throttle Films, Inc. | 13,189.61 | 1,676.43 |
| 15 | Justin Mayer | 2,115.39 | 268.87 |
| 16 | First Run Communications | 1,450.00 | 184.30 |
| 17 | Tom Rowak, Jr. | 13,846.15 | 1,759.88 |
| 18 | Alan Thatcher, Ltd. | 700.00 | 88.97 |
| 19 | Iron Mountain Information Management | 2,115.62 | 268.90 |
| 20 | General Electric Capital Corp. | 13,846.90 | 1,759.98 |
| 21 | John Anderson | 16,450.00 | 2,090.83 |
| 22 | Protokulture, LLC | 12,485.70 | 1,586.96 |
| 23 | Andy Montag | 9,615.39 | 1,222.14 |
| 24 | Gregory J. Kerr | 1,538.56 | 195.55 |
| | | $140,354.72 | $17,839.40 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The following assest are sought to be abandoned: Claim vs. Joseph Finn Co.: $60,000.00; Claim vs. Benny Fitz: $57,664.00; claim vs. C. Lucero: $50,000.00. Each of the foregoing claims are either uncollectable or questionable as to liability.

Dated: **April 13, 2009**                                                                                          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 3                   Date Rcvd: Apr 13, 2009
Case: 08-01431                 Form ID: pdf002              Total Served: 155

The following entities were served by first class mail on Apr 15, 2009.
db           +Swell Pictures, Inc.,    2005 Larkdale Drive,    Glenview, IL 60025-4209
aty          +Lois West,   Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
aty          +Michael J Greco,   Michael J Greco Attorney at Law,    70 W Hubbard Street Suite 302,
               Chicago, IL 60654-5676
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
12012435     +5 Alarm Music,    35 W Dayton St,    Pasadena, CA 91105-2001
12012436     +ADP,   5800 Winward Parkway,    Alpharetta, GA 30005-8881
11903466     +APM - Assoc. Production Music,    6255 Sunset Blvd Suite #820,    Hollywood, CA 90028-7425
11903467     +AT & T,   Bill Payment Center,    Saginaw, MI 48663-0001
11903468      AT&T,   PO Box 78152,    Phoenix, AZ 85062-8152
11903560     +Aaron Hui,   2314 W. Winnemac Ave. Apt2R,     Chicago, IL 60625-1856
11903562     +Alan Thatcher, Ltd.,    3000 West Eastwood Aver.,    Chicago, IL 60625-3730
11903463     +American Chartered Bank,    932 W Randolph Street,    Chicago, IL 60607-2219
11903464     +American Express,    PO Box 360002,    Fort Lauderdale, FL 33336-0002
11903572     +Anderson, John M.,    224 S 8th Ave,    La Grange, IL 60525-6414
11903465     +Andy Montag,    827 Tallgrass Dr,    Bartlett, IL 60103-5085
12012437      Aquatic World,    30410 N Lincoln Avenue,    Chicago, IL 60657
11903469     +B & F Coffee Service,    3535 Commercial Avenue,    Northbrook, IL 60062-1847
11903470     +Boardman's Urban Kitchen,    455 N Cityfront Plaza Drive,    Chicago, IL 60611-5503
11903471      Boards Magazine,    366 Adelaide St. W #500,    Toronto, Ontario M5VR9
11903555     +Bridget E. Rowley Sarno,    1459 W. Balmoral,    Chicago, IL 60640-1201
11903472     +Burhop,   1071 W Division St,    Chicago, IL 60642-4296
11903473     +Burwood Group, Inc,    20 N Clark Street Suite 1950,    Chicago, IL 60602-5116
11903474     +Buzzy's Recording,    6900 Melrose Avenue,    Los Angeles, CA 90038-3395
11903476      CDW Computer Centers Inc.,    PO Box 75723,    Chicago, IL 60675-5723
11903565      Carioti, Frank,    Hi Lusi,    Mt Prospect, IL 60056
11903475     +Carlos Lucero,    2900 Park Newport, Apt 239,    Newport Beach, CA 92660-5828
12012439     +Carol O'Leary,    3824 W 83rd Place,    Chicago, IL 60652-3208
11903477     +Charissa Reuss,    25 E Delaware #702,    Chicago, IL 60611-1936
11990394     +Chicago NBC Tower,    c/o Randall & Kenig LLP,    455 N City Front #3160,    Chicago, IL 60611-5355
12012434      Chicago NBC Tower,    c/o Randall & Kenig,    455 N Citifront,    Chicago, IL 60611
11903478     +Chicago NBC Tower L.P. C/O Bank Of America Lockbox,     Box 5982 Collections Center Dr,
               Chicago, IL 60693-0001
11903479      Chicago Sun-Times, Inc.,    PO Box 1003,    Tinley Park, IL 60477-9103
11903480     +Cingular Wireless,    PO Box 4628,    Carol Stream, IL 60197-4628
11903481      Citi Cards,    PO Box 688917,    Des Moines, IA 50368-8917
11903573     +Clark, Brian,    1005 S Knight,    Park Ridge, IL 60068-4444
11903483    +++ComEd Co,   Attn Bankruptcy Sec/Rev Mgmt,    2100 Swift Drive,    Oakbrook, IL 60523-1559
11903482      Comcast Cable Corporation,    PO Box 3001,    Southeastern, PA 19398-3001
11903484     +Crain Communications,    Drawer # 5842,    PO Box 79001,    Detroit, MI 48279-0499
11903485      Data Media Products, Inc,    1946 Lehigh Avenue,    Suite B,    Glenview, IL 60026-1662
11903487     +DeWolfe Music Library,    25 W 45th Street,    New York, NY 10036-4902
11903486      Denormandie Towel,    7789 Dante Avenue,    Chicago, IL 60619
11903558      Diego Lopez,    6336 N. Magnolia-Basement,    Chicago, IL 60660
11903488     +EDNet,   1291 SW 29th Ave,    Pompano Beach, FL 33069-4359
11903490     +Elsie Ogelle,    2438 N Washtenaw Av,    Chicago, IL 60647-1814
11903489     +Erna Wallace,    3803 Madison, IL 60104,    Bellwood, IL 60104-2049
11903491      Fast Company,    PO Box 3016,    Harlan, IA 51593-0107
11903492      FastChannel Network, Inc.,    Attn Accounts Receivable,    PO Box 673378,    Detroit, MI 48267-3378
11903494     +Federal Express,    PO Box 94515,    Palatine, IL 60094-4515
11903561     +First Run Communications,    1123 Emerson Street Suite 208,    Evanston, IL 60201-3100
11903495      FirstCom Music,    PO Box 31001-1699,    Pasadena, CA 91110-1699
11903462     +Five Alarm Music,    35 W Dayton St,    Pasadena, CA 91105-2001
11903496     +Fletcher Chicago, Inc.,    39185 Treasury Center,    Chicago, IL 60694-9000
11903567      Flores, Joe,    1919 Oak Knoll Ln,    Palos Heights, IL  60463
11903497     +Frank Carioti,    6 S Hi Lusi,    Mt Prospect, IL 60056-3023
11903498    +++Full Throttle Films Inc,    Hemar Rousso & Heald LLP,    15910 Ventura Blvd 12th Floor,
               Encino, CA 91436-2802
12012441     +Full Throttle Films Inc,    912 Ruberta Avenue,    Glendale, CA 91201-2347
11903500      GE Capital,    PO Box 740423,    Atlanta, GA 30374-0423
11903499     +Gary L. Foreman Prod, LLC,    1756 Clifty Creek Court,    Valparaiso, IN 46385-6151
12165255     +General Electric Capital Corp,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
11903586      Gonzalez, Vanessa,    303 W Ainslie St Unit 1,    Chicago, IL 60625
11903581     +Gray, Steven N,    636 Pennsylvania Ave,    Aurora, IL 60506-3030
11903502     +Gregory Kerr,    2184 Hitching Post,    Schaumburg, IL 60194-3810
11903501     +Groen Flowers DBA KaBloom,    75 E Wacker, Dr,    Chicago, IL 60601-3756
11903503     +Health Concepts, LLC,    566 W Lake Street, Lower Level,    Chicago, IL 60661-1410
11903504     +High End Solutions, Inc.,    150 Paularino Avenue,    Costa Mesa, CA 92626-3301
11903505     +Hill Mechanical Group,    4241 Ravenswood Avenue,    Chicago, IL 60613-1145
11903578      Hudgins, Juli,    03 W Junior Terrace,    Chicago. IL 60613
11903566     +Hunnewell, Joseph D,    5211 N Wayne #3F,    Chicago, IL 60640-2244
11903506      InterParking,    PO Box 91144,    Chicago, IL 60693-1144
11903507      Iron Mountain,    PO Box 27128,    New York, NY 10087-7128
12254229     +Iron Mountain Information Management, Inc.,    Attention of R. Frederick Linfesty, Esq.,
               745 Atlantic Avenue,    Boston, MA 02111-2735
11903511     +JRT Music LLC,    648 Broadway Suite 911,    New York, NY 10012-2301
11903515     +JoAnn Milivojevic,    7450 N. Washtenow Ave.,    Chicago, IL 60645-1437
12012428      Joe Flores,    1919 Oak Knoll Ln,    Palos Heights, IL 60463
11903508     +Joe Flores,    7919 Oak Knoll LN,    Palos Heights, IL 60463-2741
11903563     +John Anderson,    224 South 8th Ave.,    LaGrange, IL 60525-6414
11903509     +John Vapensky,    1924 Warren St,    Evanston, IL 60202-1950
11903587     +Joo, Daniel J,    1 E 8th Street,    Apt 2507,    Chicago, IL 60605-2118
11903510     +Joseph Hunnewell,    5211 N Wayne 3F,    Chicago, IL 60640-2244
```

```
District/off: 0752-1          User: amcc7              Page 2 of 3           Date Rcvd: Apr 13, 2009
Case: 08-01431                Form ID: pdf002          Total Served: 155

11903512     +Judy Topel,    25 Plymouth Court,    Lincolnshire, IL 60069-3154
12012430      Juli Hudgins,    03 W Junior Terr N,    Chicago, IL 60613
11903513     +Juli Hudgins,    703 W Junior Terr,    Chicago, IL 60613-1565
11903554     +Juneteenth Productions,    1807 W. Sunnyside Suite #2C,    Chicago, IL 60640-5892
11903514     +Justin Mayer,    3303 W Ainslie St Unit 1,    Chicago, IL 60625-5001
11903568     +Kerr, Gregory J,    2184 Hitching Post,    Schaumburg, IL 60194-3810
11903593     +Konn, Timothy,    917 Windmere Ct,    Darien, IL 60561-3869
11903579      Kravitz, Julie L,    1040 W Cortland,    Chicago Il  60647
11903515      L.A. Studios, Inc,    PO Box 894045,    Los Angeles, CA 90189-4045
11903574     +Landsman, Jeffrey B,    421 Willow Ave,    Deerfield, IL 60015-4025
11903516     +Laurel Coppock,    10926 Hudson St #105,    N. Hollywood, CA 91601-4687
12012438     +Lisa Haufschild Assoc Inc,    2333 W St Paul 332,    Chicago, IL 60647-5398
11903517     +Lock Up Storage Centers - Old Orchard,    5250 Golf Road,    Skokie, IL 60077-1107
11903518      MBNA America Business Card,    PO Box 15469,    Wilmington, DE 19886-5469
12012440     +Mac Care Inc,    150 Paularino Avenue,    Costa Mesa, CA 92626-3301
12012432     +Mac Care Inc,    c/o Rich Quintilone Esq,    15 Studebaker #100,    Irvine, CA 92618-2013
12012431      Matt Nowak,    1937 N Ashland,    Chicago, IL
12012442     +Matt Nowak,    6839 N Northwest Hwy 3B,    Chicago, IL 60631-1279
11903594     +Mayer, Justin,    3303 W Ainslee St Unit 1,    Chicago, IL 60625-5001
11903569     +McBride, Pam,    1068 Cheswick,    Gurnee, IL 60031-5600
11903520     +McCare, Inc.,    150 Paularino Avenue, #280,    Costa Mesa, CA 92626-3302
11903519     +McCare, Inc., d/b/a Digital Reality,    150 Paularino Avenue, #280,    Costa Mesa, CA 92626-3302
11903521     +McCarthy & Trinka, Inc.,    1000 Jorie Boulevard Suite 10A,    Oak Brook, IL 60523-2281
11903591      McCarthy, Shane,    1900 N Pine Grove #711,    Chicago, IL 60613
11903523     +Michael Topel,    2005 Larkdale Drive,    Glenview, IL 60025-4209
11903522      Midco Inc.,    16 W 221 Shore Court,    Chicago, IL 60521
11903580      Mitchell. Christopher A,    941 W Sunnyside Ave Apt 3,    Chicago. IL 60640
11903524     +Monna O'Brien,    6312 N Wayne,    Chicago, IL 60660-1308
11903585      Montag, Andy,    21 Tallgrass Dr,    Bartlett, IL 60103
11903588      Navarro, Richard A,    351 N Winnemac 1N,    Chicago, IL 60642
11903589      Neumeyer. Zachary W,    1012 W Logan Blvd Apt 2R,    Chicago, IL 60647
11903525     +Nicholas Papaleo,    2136 N Maplewood Ave Apt # 2,    Chicago, IL 60647-4116
11903570     +O'Brien, Monna C,    5312 N Wayne,    Chicago, IL 60640-2211
11903526      Ogden Plaza Self Park,    300 E North Water Street,    Chicago, IL 60611-4389
11903577      Ogielle, Elsie,    438 N. Washtenaw Ave.,    Chicago, IL 60647
11903590     +Orzechowski, Michelle E,    2711 Wesley Ave,    Berwyn, IL 60402-2540
11903575     +Otting, Joe,    3243 N Clifton Ave #2,    Chicago, IL 60657-3318
11903564     +Pam McBride,    1068 Cheswick,    Gurnee, IL 60031-5600
11903595     +Papaleo, Nicholas J,    2136 N Maplewood Ave Apt 2,    Chicago, IL 60647-4116
11903557     +Paul J. Chilsen,    1173 Sheridan Rd.,    Kenosha, WI 53140-1116
11903527     +Pazzo's,    455 N Cityfront Plaza Drive,    Chicago, IL 60611-5503
11903528     +Pixel Films,    825 Chicago Ave # J,    Evanston, IL 60202-2375
11903529     +Protokulture,    70 W Erie 4th Floor,    Chicago, IL 60654-6268
12012433    +++Protokulture LLC,    Cummins and Associates Ltd,    415 N LaSalle St Ste 600,
               Chicago, IL 60654-2743
11903530      Quill Corp,    PO Box 94081,    Palatine, IL 60094-4081
11903531      Rackspace Managed Hosting,    PO Box 671337,    Dallas, TX 75267-1337
11903592     +Reuss, Charissa K,    25 E Delaware Pl #1702,    Chicago, IL 60611-1965
11903532     +Richard Termine,    2013 N 73rd Court,    Elmwood Park, IL 60707-3179
11903571    +++Rovak, Jr., Tom,    21403 Old North,    Frankfort, IL 60423
11903533     +Screen Enterprises, Inc.,    222 W Ontario St Suite # 500,    Chicago, IL 60654-3655
11903576     +Sobocienski, Adam C,    4132 N Whipple,    Chicago, IL 60618-2512
11903534     +Solas Staffing Solutions,    221 N La Salle St,    Suite 2300,    Chicago, IL 60601-1525
11903535      Source TV,    PO Box 671431,    Dallas, TX 75267-1431
11903538     +Steve Verr,    4911 Flanders Road,    McHenry, IL 60050-2427
11903537     +Steven Repel Ludington, Attorney at Law,    543 Sheridan Road,    Evanston, IL 60202-3103
11903539      Tape Company,    PO Box 95169,    Palatine, IL 60095-0169
11903582      Termine, Richard,    013 N 73rd Ct,    Elmwood Park, IL 60707
11903540     +Timothy Konn,    917 Windmere CT,    Darien, IL 60561-3869
11903541     +U.S. Foodservice, Inc,    Box 98420,    Chicago, IL 60693-0001
11903542     +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0001
11903548     +VSA Partners, Inc.,    1347 S State Street,    Chicago, IL 60605-2533
12012429      Vanessa Gonzalez,    303 W Ainslie St Unit 1,    Chicago, IL 60625
11903545     +Vanessa Gonzalez,    3303 W Ainslie St Unit # 1,    Chicago, IL 60625-5001
11903583      Vapensky, John,    924 Warren St.,    Evanston, IL 60202
11903543      Velocity Courier, Inc,    703 N Wells #2,    Chicago, IL 60610
11903544     +Ver,    912 Ruberta Ave,    Glendale, CA 91201-2347
11903547     +Volare,    201 E Grande Ave,    Chicago, IL 60611-3311
11903559     +Voss Transcriptions, Inc.,    205 W. Randolph St. #1401,    Chicago, IL 60606-1815
11903584      Wallace, Erna,    803 Madison St,    Bellwood, IL 60104
11903550     +Xytech,    2835 North Naomi Street Suite 310,    Burbank, CA 91504-2002
11903551     +Yorke Printe Shoppe Inc,    930 N Lombard Street,    Lombard, IL 60148-1231
11903553     +Zachary Neumeyer,    3012 W Logan Blvd Apt 2R,    Chicago, IL 60647-1708
11903552     +Zacuto Films,    401 West Ontario Suite 250,    Chicago, IL 60654-7095

The following entities were served by electronic transmission on Apr 14, 2009.
11903536         E-mail/Text: bankruptcynotificationsltd@embarq.com                          Sprint,
                  PO Box 219623,    Kansas City, MO 64121-9623
11903546         E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 14 2009 08:09:14      Verizon Wireless,
                  PO Box 25506,    Lehigh Valley, PA 18002-5506
11903549        +E-mail/Text: brad.lee@xo.com                                XO Communications,    PO Box 828618,
                  Philadelphia, PA 19182-0001
                                                                                                 TOTAL: 3
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: Apr 13, 2009
Case: 08-01431                Form ID: pdf002          Total Served: 155

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Popowcer Katten Ltd
aty          Steven Verr
11903493     FC Walvisch bv,    HJE Wenkebachweg,    1096 AR Amsterdam
aty*        +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,   Chicago, IL 60603-1957
                                                                                     TOTALS: 3, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**                    **Signature:**   *Joseph Speetjens*