UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: SWELL PICTURES, INC. § Case No. 08-01431
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $167,664.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $17,846.09 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $29,183.86 | | |

3) Total gross receipts of $47,029.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $47,029.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $29,183.86 | $29,183.86 | $29,183.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $800,352.16 | $197,234.72 | $140,354.72 | $17,846.09 |
| **TOTAL DISBURSEMENTS** | $800,352.16 | $226,418.58 | $169,538.58 | $47,029.95 |

4) This case was originally filed under chapter  7  on 01/23/2008   [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for   19   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2009          By: /s/ ALLAN J. DeMARS
                                 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| accounts receivable | 1121-000 | $30,000.00 |
| settlement of potential preference | 1241-000 | $5,000.00 |
| litigation settlement | 1149-000 | $12,000.00 |
| interest on invested funds | 1270-000 | $29.95 |
| **TOTAL GROSS RECEIPTS** | | **$47,029.95** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |
| **TOTAL SECURED CLAIMS** | | | | | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties Ltd. | 2300-000 | N/A | $70.37 | $70.37 | $70.37 |
| Allan J. DeMars | 2100-000 | N/A | $5,452.33 | $5,452.33 | $5,452.33 |
| Allan J. DeMars | 2200-000 | N/A | $92.57 | $92.57 | $92.57 |
| Allan J. DeMars | 3110-000 | N/A | $17,063.75 | $17,063.75 | $17,063.75 |
| Steven Robert Verr | 3210-600 | N/A | $4,000.00 | $4,000.00 | $4,000.00 |
| Steven Robert Verr | 3210-610 | N/A | $497.34 | $497.34 | $497.34 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $2,007.50 | $2,007.50 | $2,007.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $29,183.86 | $29,183.19 | $29,183.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | | | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SEE STATEMENT ATTACHED HERETO | | | | | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SEE STATEMENT ATTACHED HERETO | | | | | |
| Com Ed | 7100-000 | $15,149.36 | $36,249.17 | $36,249.17 | $4,609.08 |
| McCarthy & Trinka, Inc. | 7100-000 | $15,089.00 | $1,385.75 | $1,385.75 | $176.20 |
| JoAnn Milivojevic | 7100-000 | $1,015.00 | $1,000.00 | $1,000.00 | $127.15 |
| Juneteenth Productions | 7100-000 | $2,000.00 | $5,248.75 | $5,248.75 | $667.38 |
| Zacuto Films | 7100-000 | $1,153.85 | $1,134.20 | $1,134.20 | $144.21 |
| Tape Company | 7100-000 | $1,907.17 | $1,907.17 | $1,907.17 | $242.50 |
| Solas Staffing Solutions | 7100-000 | $3,629.44 | $3,707.44 | $3,707.44 | $471.40 |
| Voss Transcriptions | 7100-000 | $399.55 | $399.55 | $399.55 | $50.80 |
| Bridget E. Rowley Sarno | 7100-000 | $1,600.00 | $1,600.00 | $1,600.00 | $203.44 |
| Yorke Printe Shoppe, Inc. | 7100-000 | $369.37 | $369.37 | $369.37 | $46.96 |
| Full Throttle Films, Inc. | 7100-000 | $0.00 | $13,189.61 | $13,189.61 | $1,677.06 |
| Justin Mayer | 7100-000 | $6,134.63 | $2,115.39 | $2,115.39 | $268.97 |
| First Run Communications | 7100-000 | $1,450.00 | $1,450.00 | $1,450.00 | $184.37 |
| Tom Rowak, Jr. | 7100-000 | $4,615.38 | $13,846.15 | $13,846.15 | $1,760.54 |
| Alan Thatcher Ltd. | 7100-000 | $700.00 | $700.00 | $700.00 | $89.00 |
| Iron Mountain Information Mgmt | 7100-000 | $306.75 | $2,115.62 | $2,115.62 | $269.00 |
| General Electric Credit | 7100-000 | $1,405.30 | $13,846.90 | $13,846.90 | $1,760.63 |
| John Anderson | 7100-000 | $9,846.16 | $16,450.00 | $16,450.00 | $2,091.62 |
| Protokulture LLC | 7100-000 | $11,400.00 | $12,485.70 | $12,485.70 | $1,587.55 |
| Andy Montag | 7100-000 | $7,500.01 | $9,615.39 | $9,615.39 | $1,222.60 |
| Gregory J. Kerr | 7100-000 | $1,730.77 | $1,538.56 | $1,538.56 | $195.63 |
| Steven Robert Verr | 7100-000 | $35,577.00 | $32,880.00 | $0.00 | $0.00 |
| Judy Topol | 7100-000 | $24,000.00 | $24,000.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $800,352.16 | $197,234.72 | $140,354.72 | $17,846.09 |

UST Form 101-7-TDR (4/1/2009)

**FOOTNOTE TO PAGE 1 OF FINAL ACCOUNT**

For claims discharged without payment the amount listed is $0 because corporation debts are not discharged in a Chapter 7

**FOOTNOTE TO EXHIBIT 6: PRIORITY UNSECURED CLAIMS**

The debtor incorrectly scheduled 26 priority claims as wage claims but all were outside the statutory period for priority status.  4 claims scheduled in the amount of $19,980.79 and filed in the amount of $27,115.72 were amended to unsecured non-priority and contained in Exhibit 7.  2 claims scheduled in the amount of $59,577.00 and filed in the amount of $56,890 were disallowed and were also included in Exhibit 7.

**FOOTNOTE TO EXHIBIT 7: GENERAL UNSECURED CLAIMS**

There were 25 pages of creditors scheduled (approximately 120).  In the body of Exhibit 7 are only those creditors whose claims were filed.  The totals at the bottom of the exhibit reflect ALL of the creditors.

**EXHIBIT 8 - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 08 B 01431  
Case Name: SWELL PICTURES, INC.  
For Period Ending: 12/31/09  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 1/23/08 (F)  
§341(a) Meeting Date: 2/20/08  
Claims Bar Date: 6/6/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chicago Public Schools Receivable | 70,000.00 | 30,000.00 | | 30,000.00 | FA |
| 2 | claim vs. Joesph Finn Co. | 60,000.00 | 0.00 | DA | | FA |
| 3 | claim vs. Avenue Edit and Richard Ledyard | 50,000.00 | 12,000.00 | | 12,000.00 | FA |
| 4 | claim vs. Benny Fitz | 57,664.00 | 0.00 | DA | | FA |
| 5 | claim vs. C. Lucero | 50,000.00 | 0.00 | DA | | FA |
| 6 | preference claim vs. Michael Topel (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 7 | interest on invested funds | | | | 29.95 | |

TOTALS (Excluding unknown values)    47,000.00    47,029.95

(Total Dollar Amount in Column 6)

Major activities affecting case closing: resolution of state court litigation; collection of receivable; insider preference settlement

Initial Projected Date of Final Report (TFR):                          Current Projected Date of Final Report (TFR): 3/31/09

EXHIBIT 9  **FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 08-B-01431  
Case Name: SWELL PICTURES, INC.  
Taxpayer ID#: 36-2895153  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 554 4740  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/1/08 | Ref 1 | Chicago Public Schools | compromised receivable | 1121-000 | 27,730.00 | | 27,730.00 |
| 7/1/08 | Ref 1 | Chicago Public Schools | compromised receivable | 1121-000 | 2,270.00 | | 30,000.00 |
| 7/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 3.69 | | 30,003.69 |
| 8/19/08 | Ref 6 | Michael Topel | settlement of potential cause of action to avoid alleged preference | 1241-000 | 5,000.00 | | 35,003.69 |
| 8/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 4.01 | | 35,007.70 |
| 9/18/08 | Ref 3 | Pokorny and Marks clients' fund account on behalf of co-defendant Richard Ledyard | initial settlement payment | 1149-000 | 3,000.00 | | 38,007.70 |
| 9/30/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 4.46 | | 38,012.16 |
| 10/7/08 | Ref 3 | Richard Ledyard | second installment on settlement | 1149-000 | 3,000.00 | | 41,012.16 |
| 10/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 3.89 | | 41,016.05 |
| 11/24/08 | Ref 3 | Richard Ledyard | third installment on settlement | 1149-000 | 3,000.00 | | 44,016.05 |
| 11/30/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 3.38 | | 44,019.43 |
| 12/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 2.34 | | 44,021.77 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| BALANCE CARRIED FORWARD | | | | | | | 44,021.77 |
| 1/9/09 | Ref 3 | Richard Ledyard | final installment on settlement | 1149-000 | 3,000.00 | | 47,021.77 |
| 1/31/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.77 | | 47,022.54 |
| 2/5/09 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 70.37 | 46,952.17 |
| 2/28/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.72 | | 46,952.89 |
| 3/31/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 2.96 | | 46,955.85 |
| 4/30/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 3.73 | | 46,959.58 |
| 5/14/09 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 5,452.33 | 41,507.25 |
| 5/14/09 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 92.57 | 41,414.68 |
| 5/14/09 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 17,063.75 | 24,350.93 |
| 5/14/09 | Check 1005 | Steven Robert Verr | special counsel's fees | 3210-600 | | 4,000.00 | 20,350.93 |
| 5/14/09 | Check 1006 | Steven Robert Verr | reimbursement of expenses | 3220-610 | | 497.34 | 19,853.59 |
| 5/14/09 | Check 1007 | Lois West/ Popowcer Katten | accountant's fees | 3410-000 | | 2,007.50 | 17,846.09 |
| 5/14/09 | Check 1008 | Com Ed | 726(a)(2); 12.71499% | 7100-000 | | 4,609.08 | 13,237.01 |
| 5/14/09 | Check 1009 | McCarthy & Trinka, Inc. | 726(a)(2); 12.71499% | 7100-000 | | 176.20 | 13,060.81 |
| 5/14/09 | Check 1010 | JoAnn Milivojevic | 726(a)(2); 12.71499% | 7100-000 | | 127.15 | 12,933.66 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 5/14/09 | Check 1011 | Juneteenth Productions | 726(a)(2); 12.71499% | 7100-000 | | 667.38 | 12,266.28 |
| 5/14/09 | Check 1012 | Zacuto Films | 726(a)(2); 12.71499% | 7100-000 | | 144.21 | 12,122.07 |
| 5/14/09 | Check 1013 | Tape Company | 726(a)(2); 12.71499% | 7100-000 | | 242.50 | 11,879.57 |
| 5/14/09 | Check 1014 | Solas Staffing Solutions | 726(a)(2); 12.71499% | 7100-000 | | 471.40 | 11,408.17 |
| 5/14/09 | Check 1015 | Voss Transcriptions | 726(a)(2); 12.71499% | 7100-000 | | 50.80 | 11,357.37 |
| 5/14/09 | Check 1016 | Bridget E. Rowley Sarno | 726(a)(2); 12.71499% | 7100-000 | | 203.44 | 11,153.93 |
| 5/14/09 | Check 1017 | Yorke Printe Shoppe, Inc. | 726(a)(2); 12.71499% | 7100-000 | | 46.96 | 11,106.97 |
| 5/14/09 | Check 1018 | Full Throttle Films, Inc. | 726(a)(2); 12.71499% | 7100-000 | | 1,677.06 | 9,429.91 |
| 5/14/09 | Check 1019 | Justin Mayer | 726(a)(2); 12.71499% | 7100-000 | | 268.97 | 9,160.94 |
| 5/14/09 | Check 1020 | First Run Communications | 726(a)(2); 12.71499% | 7100-000 | | 184.37 | 8,976.57 |
| 5/14/09 | Check 1021 | Tom Rowak, Jr. | 726(a)(2); 12.71499% | 7100-000 | | 1,760.54 | 7,216.03 |
| 5/14/09 | Check 1022 | Alan Thatcher, Ltd. | 726(a)(2); 12.71499% | 7100-000 | | 89.00 | 7,127.03 |
| 5/14/09 | Check 1023 | Iron Mountain Information Mgmt. | 726(a)(2); 12.71499% | 7100-000 | | 269.00 | 6,858.03 |
| 5/14/09 | Check 1024 | General Electric Credit Corp. | 726(a)(2); 12.71499% | 7100-000 | | 1,760.63 | 5,097.40 |
| 5/14/09 | Check 1025 | John Anderson | 726(a)(2); 12.71499% | 7100-000 | | 2,091.62 | 3,005.78 |
| 5/14/09 | Check 1026 | Protokulture LLC | 726(a)(2); 12.71499% | 7100-000 | | 1,587.55 | 1,418.23 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 5/14/09 | Check 1027 | Andy Montag | 726(a)(2); 12.71499% | 7100-000 | | 1,222.60 | 195.63 |
| 5/14/09 | Check 1028 | Gregory J. Kerr | 726(a)(2); 12.71499% | 7100-000 | | 195.63 | 0.00 |
| | | | | COLUMN TOTALS | 47,029.95 | 47,029.95 | 0.00 |

```
                                                                    NET
                            TOTAL - ALL ACCOUNTS         NET  DEPOSITS    DISBURSEMENTS     BALANCES
                            Money Market # 375 554 4740        47,029.95        47,029.95         0.00
                            Net                                47,029.95        47,029.95         0.00
                                                           Excludes account   Excludes payments  Total Funds
                                                              transfers          to debtor         on Hand
```